UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                    PETITIONER

v.                                                    CIVIL ACTION NO. 3:12-mc-59-CWR-FKB

JOHN W. WILLIAMS, JR.                                                       RESPONDENT

### ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge F. Keith Ball. Docket No. 5. On February 1, 2012, Judge Ball ordered John W. Williams to appear on April 2, 2012, to show cause why he should not be compelled to comply with an Internal Revenue Service summons. Docket No. 3. Williams appeared on that date and Judge Ball subsequently entered his recommendation. Williams has not filed an objection to the Report and Recommendation. As such, the Court finds that the Report and Recommendation should be adopted as the holding of the Court.

IT IS THEREFORE ORDERED THAT RESPONDENT JOHN W. WILLIAMS PRESENT HIMSELF AT 8:00 A.M. ON MAY 8, 2012, AT 100 WEST CAPITOL STREET, ROOM 506, A. D. McCOY FEDERAL BUILDING, JACKSON, MISSISSIPPI 39269, FOR THE PURPOSE OF COMPLYING WITH THE INTERNAL REVENUE SERVICE SUMMONS.

IT IS FURTHER ORDERED that in the event Respondent fails to appear or otherwise comply with this Order, and upon notice to the Court by the Petitioner of Respondent's failure to comply, a bench warrant be issued by the Court.

IT IS HEREBY FURTHER ORDERED that a copy of this Order and the attached IRS Summons shall be personally served on Respondent John W. Williams by an official of the Internal Revenue Service within five (5) days of the date of this Order, and the Internal Revenue Service

and/or the United States Attorney shall within twenty-four (24) hours from the date of this Order cause a copy of this Order to be sent by certified mail to Respondent John W. Williams.

**SO ORDERED AND ADJUDGED** this the 19th day of April, 2012.

                                           s/ Carlton W. Reeves
                                       UNITED STATES DISTRICT JUDGE